# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kevin Burney, et al., § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION FILE NO. |
| v. § | |
| § | 1:19-cv-01770 |
| Fulton County, Georgia, et al., § | |
| § | |
| Defendants. § | |

## PARTIES' NOTICE TO THE COURT OF SETTLEMENT

COME NOW Plaintiffs and Defendants Wellpath LLC, Jennifer Franklin, Edith Nwanko, and Carla Spells ("The Medical Defendants") and, per ECF Doc 109, notify the Court that these parties have reached a settlement.

Mediation was held on March 16, 2022. The Plaintiffs and the Medical Defendants were able to reach a settlement and resolution of this case. The amount and terms of the settlement are confidential. Upon the Settlement Agreement and Release being finalized, Plaintiffs will file the necessary dismissal(s) of The Medical Defendants.

The Plaintiffs did not enter into a settlement with Fulton County, Georgia, Sheriff Theodore Jackson, Captain Tammy Thompson-Winfrey, Colonel Mark Adger, Medical Director Meredieth Lightborne, Detention Captain Tyna Taylor,

Detention Lt. Pearlie Young, Lt. Colonel Kirt Beasley, Lt. Colonel Derrick Singleton, Major Kenneth Walker, Detention Officer Tyany Hanks, Deputy Olivia Diokpara, Deputy Angelic Douglas, Deputy Antoinetta Bailey, Deputy Ebonite Cleveland, Sgt. Cheryl Limehouse, Sgt. Jessica Stewart, Booking Officer Samuel Norva, and Deputy Kiesha Campbell ("The County Defendants"). This case will remain pending as to the County Defendants.

This 28th day of March, 2022.

                                              */s/ Alison L. Currie*
                                              Thomas E. Lavender III
                                              Georgia Bar No. 439389
                                              Alison L. Currie
                                              Georgia Bar No. 380782
                                              Attorneys for Defendants Wellpath LLC, Jennifer Franklin, Edith Nwanko, and Carla Spells

LAVENDER HOFFMAN ALDERMAN LLC
945 East Paces Ferry Rd
Suite 2000
Atlanta, Georgia 30326
(404) 400-4500 (Phone and Fax)
Ted.lavender@lhalawyers.com
Alison.currie@lhalawyers.com

## **CERTIFICATE OF SERVICE**

This will certify that the undersigned has this day served a true and correct copy of the foregoing upon all counsel of record via CM/ECF filing, as follows:

| | |
|---|---|
| Miguel A. Dominguez<br>Morgan & Morgan Atlanta, PLLC<br>191 Peachtree Street N.E., Suite 4200<br>P.O. Box 57007<br>Atlanta, Georgia 30343<br>*Attorney for Plaintiff* | Adrian Mendiondo<br>Morgan & Morgan, PLLC - KY<br>333 W. Vine Street<br>Street 1200<br>Lexington, KY 40507<br>859-469-7954<br>Fax: 859-899-9772<br>*Attorney for Plaintiff* |

Steven E. Rosenberg
Emelie Omer Denmark
Office of the Fulton County Attorney
141 Pryor Street; Suite 4038
Atlanta, GA 30303
*Attorneys for County Defendants*

This 28th day of March, 2022.

                                                     */s/ Alison L. Currie*
                                                     Thomas E. Lavender III
                                                     Georgia Bar No. 439389
                                                     Alison L. Currie
                                                     Georgia Bar No. 380782

LAVENDER HOFFMAN ALDERMAN LLC
945 East Paces Ferry Rd
Suite 2000
Atlanta, Georgia 30326
(404) 400-4500 (Phone and Fax)
Ted.lavender@lhalawyers.com
Alison.currie@lhalawyers.com